UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., (ERCOT), | § § § | |
| Appellant, | § | |
| VS. | § | CIVIL ACTION NO. C-08-32 |
| | § | |
| MICHAEL B. SCHMIDT, TRUSTEE and LEO LEONARD MAY, | § § | |
| | § | |
| Appellee. | § | |

**FINAL JUDGMENT**

In accordance with this Court's July 23, 2008 Order (D.E. 26), the Court hereby enters

final judgment dismissing the above-styled bankruptcy appeal.

SIGNED and ORDERED this 24th day of July, 2008.

_____
Janis Graham Jack
United States District Judge